BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY PRICE ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE**[1] ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No: CIV-06-1939 CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended to March 21, 2007. (It was originally due February 8, 2007 but Plaintiff's attorney miscalculated and calendared an incorrect due date of February 20, 2007.) This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

| | | |
|---|---|---|
| Dated: February 15, 2007 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| Dated: February 15, 2007 | | McGregor W. Scott |
| | | United States Attorney |
| | | |
| | | By: */s/ Katherine Loo* |
| | | KATHERINE LOO |
| | | Special Assistant U.S. Attorney |
| | | Social Security Administration |
| | | |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

February 20, 2007


      /s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

2